JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN HAINEY,<br><br>  Plaintiff,<br><br>  vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>  Defendant. | Case No. 2:22-cv-08223 RGK (MRWx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** [12]<br><br>Judge:  Hon. R. Gary Klausner<br><br>Complaint Filed:  November 10, 2022 |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:22-cv-08223 RGK (MRWx), is dismissed in its entirety as to all defendants with prejudice.  All dates set in this matter are hereby vacated and taken off calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated:  **December 27**, 2022

_____
Hon. R. Gary Klausner
United States District Judge

179910.1